UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSEPH MAYNOR,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNIVERSITY OF WASHINGTON MEDICAL CENTER and LOGAN MCCLEEREY,<br><br>　　　　　Defendants. | CASE NO. 2:24-cv-02062-TL<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

Plaintiff's "Proposed Motion to Dismiss Party" (Dkt. No. 11) is STRICKEN, as it does not make a cognizable request of the Court. Plaintiff may refile a proper motion, if appropriate.

Dated this 21st day of January 2025.

　　　　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　　　　Clerk of the Court

　　　　　　　　　　　　　　　　　　　s/ Kadya Peter
　　　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER - 1