UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSEPH MAYNOR,<br><br>           Plaintiff,<br><br>   v.<br><br>UNIVERSITY OF WASHINGTON MEDICAL CENTER and LOGAN MCCLEEREY,<br><br>           Defendants. | CASE NO. 2:24-cv-02062-TL<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

Defendant Logan McCleerey's Stipulation to and Order for Withdrawal and Substitution of Counsel (Dkt. No. 13) is STRICKEN, as it does not comply with Local Civil Rule 83.2(b)(1). Defendant may refile a motion or a stipulation and proposed order in accordance with the rule.

Dated this 3rd day of February 2025.

                                                            Ravi Subramanian
                                                            Clerk of the Court

                                                            s/ Kadya Peter
                                                            Deputy Clerk