The Honorable Tana Lin
Noted For: February 25, 2025

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSEPH MAYNOR,<br><br>                    Plaintiff,<br><br>        v.<br><br>UNIVERSITY OF WASHINGTON MEDICAL CENTER and, LOGAN MCCLEERY, | No. 24-cv-02062-TL<br><br>[PROPOSED] ORDER GRANTING DEFENDANT LOGAN MCCLEERY'S MOTION FOR LEAVE TO ALLOW WITHDRAWAL AND SUBSTITUTION OF COUNSEL |

This matter having come before the Court on *Defendant Logan McCleery's Motion for Leave to Allow Withdrawal and Substitution of Counsel*, and the Court having considered the Motion and argument, and the following pleadings:

1. *Defendant Logan McCleery's Motion for Leave to Allow Withdrawal and Substitution of Counsel*;

2. *Plaintiff's Opposition to Defendant Logan McCleery's Motion For Leave to Allow Withdrawal and Substitution of Counsel (if any)*;

3. *Defendant's Reply to Plaintiff's Opposition to Motion for Leave to Allow Withdrawal and Substitution of Counsel*;

4. ~~_____.~~

5. ~~_____.~~

[PROPOSED] ORDER GRANTING
LOGAN MCCLEERY'S MOTION FOR LEAVE TO
ALLOW WITHDRAWAL AND SUBSTITUTION OF
COUNSEL - 1
24-cv-02062-TL

1010-00097/738345

**KEATING, BUCKLIN & MCCORMACK, INC., P.S.**
ATTORNEYS AT LAW
1201 THIRD AVENUE, SUITE 1580
SEATTLE, WASHINGTON 98101
PHONE: (206) 623-8861
FAX: (206) 223-9423

And this Court finding itself fully informed, hereby **GRANTS** Defendant Logan McCleery's Motion for Leave to Allow Withdrawal and Substitution of Counsel and **ORDERS** that Kelley Sweeney be permitted to withdraw as attorney of record for Defendant Logan T. McCleerey in the above-referenced matter, and that attorneys Audrey M. Airut Murphy and Brian C. Augenthaler of Keating, Bucklin & McCormack, Inc., P.S. be substituted as counsel of record for Defendant Logan T. McCleerey.

DONE IN OPEN COURT THIS 25th DAY OF February 2025.

_____
The Honorable Tana Lin

Presented by:

KEATING BUCKLIN & MCCORMACK, INC., P.S.

By: /s/ Audrey M. Airut Murphy
    Audrey M. Airut Murphy, WSBA #56833
Brian C. Augenthaler, WSBA #44022
Special Assistant Attorneys General for Defendant
Logan T. McCleerey

[PROPOSED] ORDER GRANTING DEFENDANT LOGAN MCCLEERY'S MOTION FOR LEAVE TO ALLOW WITHDRAWAL AND SUBSTITUTION OF COUNSEL - 2
24-cv-02062-TL
1010-00097/738345

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
1201 THIRD AVENUE, SUITE 1580
SEATTLE, WASHINGTON 98101
PHONE: (206) 623-8861
FAX: (206) 223-9423